UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: Material Witness<br>Abraham Autzalan Chox | )<br>) | |
| United States of America, | )<br>) | |
| Plaintiff | )<br>) | |
| | ) | No. 3:14-MJ-3266 |
| v. | ) | Magistrate Judge Bryant |
| | ) | |
| JOSE NAVARRETE BRAVO, et al., | )<br>) | |
| Defendants | ) | |

## **O R D E R**

On June 30, 2014, the undersigned Magistrate Judge conducted a hearing on the Government's motion to detain Abraham Autzalan Chox as a material witness pursuant to 18 U.S.C. § 3144. The undersigned, through an interpreter, explained to Mr. Chox that the Government is seeking an order detaining him for a reasonable time sufficient to obtain his sworn deposition testimony as a material witness in a pending criminal prosecution.

The undersigned explained to Mr. Chox that he has a right to be represented by counsel. Upon examination of his financial affidavit, the undersigned found that Mr. Chox is financially unable to employ counsel, and therefore the undersigned appointed the Federal Public Defender to represent him.

The undersigned further informed Mr. Chox that he is entitled to a hearing to determine whether he should be detained as a material witness upon the Government's motion. Mr. Chox, through counsel, waived his right to a detention hearing at this time, but

reserved the right to raise the issue of detention upon motion if the Government fails to obtain his deposition testimony within a reasonable time.

Accordingly, the undersigned **ORDERS** that Mr. Chox be detained as a material witness pursuant to 18 U.S.C. § 3144.

It is so **ORDERED**.

/s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge