UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Criminal Case 3:14-00100 |
| ) | Magistrate Judge Knowles |
| **JOSE NAVARRETE BRAVO** and ) | |
| **WILLIAM DANIEL NAVARRETE** ) | |

### O R D E R

A Notice of Arraignment was entered July 16, 2014 (Docket No. 81) setting a hearing for Defendants before the undersigned. After review of the docket, these Defendants were already arraigned by Magistrate Judge Bryant on July 3, 2014. Therefore, the arraignment set for July 28, 2014, at 10:00 a.m. before the undersigned is hereby CANCELLED.

IT IS SO ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge