UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:14-00100-1 |
| | ) | CHIEF JUDGE SHARP |
| JOSE NAVARRETE-BRAVO | ) | |

**MOTION TO EXTEND MOTION FILING DEADLINE**

Jose Navarrete-Bravo, through counsel, moves the Court for a three week extension of time in which to file pretrial motions. Counsel would show that by order, dated August 11, 2014, the Court ordered that any motions to suppress must be filed not later than 45 days prior to the scheduled trial date. By counsel's calculations, motions would be due to be filed not later than Friday, October 17, 2014. An extension of time is required so that counsel may further consult with Mr. Navarrete-Bravo and to research and prepare adequate pretrial motions. Mr. Navarrete-Bravo is presently on conditions of release in Houston, Texas. For these reasons, it is respectfully requested that the Court extend the motion filing deadline for three weeks from and after October 17, 2014, or not later than November 7, 2014.

Respectfully submitted,

   /s/   Ronald C. Small
RONALD C. SMALL (BPR#023150)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: ron_small@fd.org

Attorney for Jose Navarrete-Bravo