UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CASE NO. 3:14-00100 |
| ) | JUDGE SHARP |
| JOSE NAVARRETE BRAVO ) | |
| ) | |

**O R D E R**

Due to congestion of the Courts's calendar, the suppression hearing scheduled for February 26, 2015, is hereby rescheduled for Friday, March 6, 2015, at 10:30 a.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE