Case 3:14-cr-00100 Document 151 Filed 09/16/15 Page 1 of 2 PageID #: 403

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:14-00100-1 |
| | ) | CHIEF JUDGE SHARP |
| JOSE NAVARRETE-BRAVO | ) | |

---

JOSE NAVARRETE-BRAVO'S MOTION TO CONTINUE SENTENCING HEARING

---

The defendant, Jose Navarrete-Bravo, through counsel, respectfully moves this Honorable Court to continue his sentencing hearing presently scheduled for September 21, 2015 [D.E. 150] and to reset deadlines for filing any sentencing pleadings. Counsel would show that he is currently in a jury trial before this Court in the case of *United States v. Andolsek, et al*. Counsel expects the trial to last through the current week and possibly into next week. Mr. Navarrete-Bravo resides in Houston, Texas and undersigned counsel will be unable to discuss his case with him and to be fully prepared for the sentencing hearing.

Counsel has consulted with government counsel, and the parties are available for a sentencing resetting for the week of **October 26, 2015**, if convenient with the Court's calendar. Counsel are not available the weeks of October 12th and 19th.

Respectfully submitted,

/s/ Ronald C. Small
RONALD C. SMALL (BPR#023150)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047

Attorney for Jose Navarrete-Bravo